STATE OF NEW JERSEY v. WALTER KOZARSKI.

July 7, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS STEVENS, *ET AL.*

July 7, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY SPERANZA, *ET AL.*

July 7, 1971. Petition for certification denied.

ALBERT NERONI v. THE COLORADO
FUEL AND IRON CORP.

July 7, 1971. Petition for certification denied.

SALVATORE MAURO, SR. v. FREDERICK APPLEGATE v.
MRS. SALVATORE MAURO

July 7, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY J. CARBONE.

July 7, 1971. Petition for certification denied.